IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00477-MEH-BNB

RACHEL WEBER,

Plaintiff,

v.

ANDREW WILLIAMS,

Defendant.
_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **November 30, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 16, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge