IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00477-MEH-BNB

RACHEL WEBER,

    Plaintiff,

v.

ANDREW WILLIAMS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Joint Stipulated Motion to Dismiss [Filed November 27, 2006; Docket #25].  The Stipulation states that a settlement has been reached and that Plaintiff voluntarily dismisses this case with prejudice pursuant to Fed. R. Civ. P. 41(a).

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, all parties to pay their own attorney fees and costs.

Dated at Denver, Colorado this 29th day of November, 2006.

                                                BY THE COURT:

                                                s/ Michael E. Hegarty
                                                Michael E. Hegarty
                                                United States Magistrate Judge